# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18-cv-00348-FDW

| | |
|---|---|
| **HILDRED MANUEL LYLES, JR.,** | ) |
| Petitioner, | ) |
| vs. | ) **ORDER** |
| **KATY POOLE,** | ) |
| Respondent. | ) |

Hildred Manuel Lyles, Jr., a prisoner of the State of North Carolina, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. (Doc. No. 1.)

To the extent Lyles's petition is comprehensible, it appears he is challenging the jurisdiction of the Orange County Superior Court to impose judgment and sentence him to prison on October 21, 1993. (§ 2254 Pet. 1, Doc. No. 1.) Orange County is within the territorial jurisdiction of the United States District Court for the Middle District of North Carolina. See 28 U.S.C. § 113(b). Thus, pursuant to the provisions of 28 U.S.C. § 2241(d), and in accordance with a joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (Joint Order, In re: Applications for Writs of Habeas Corpus (Oct. 26, 1966)), the Court shall transfer the habeas petition to the United States District Court for the Middle District of North Carolina, where venue is proper. This Court has not conducted an initial review of the petition and makes no observation as to its timeliness.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall transfer this civil action to the United States District Court for the Middle District of North Carolina for all further proceedings. The Clerk is further directed to provide a copy of this Order to Lyles and,

1

thereafter, to close this case.

**SO ORDERED.**

Signed: December 10,

Frank D. Whitney
Chief United States District Judge